# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| EVAN DENHAM, Individually and on behalf of all Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EIGHT ELEVEN GROUP, LLC f/k/a TECHNICAL YOUTH, LLC, <br><br> Defendant. | Civil Action No. 3:22-cv-00531-JAG |

## UNOPPOSED MOTION FOR SETTLEMENT APPROVAL

Plaintiff Evan Denham ("Plaintiff"), on behalf of himself and all others similarly situated, respectfully moves this Court to approve the settlement in this matter for the reasons more fully set forth in the accompanying memorandum of law.

### CONCLUSION

Wherefore the Plaintiff requests that the Court approve the settlement and enter the Proposed Order Granting this Unopposed Motion for Settlement Approval provided as an attachment to this Motion.

Dated:  February 16, 2023                                   Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Zev Antell*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Harris D. Butler, III (VSB # 26483)
　　　　　　　　　　　　　　　　　　　　　　　　　　　Craig J. Curwood (VSB # 43975)
　　　　　　　　　　　　　　　　　　　　　　　　　　　Zev H. Antell (VSB # 74634)
　　　　　　　　　　　　　　　　　　　　　　　　　　　BUTLER CURWOOD, PLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　140 Virginia Street, Suite 302
　　　　　　　　　　　　　　　　　　　　　　　　　　　Richmond, VA 23219
　　　　　　　　　　　　　　　　　　　　　　　　　　　804.648.4848
　　　　　　　　　　　　　　　　　　　　　　　　　　　804.237.0413 (Facsimile)

harris@butlercurwood.com
craig@butlercurwood.com
zev@butlercurwood.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.


*/s/ Zev Antell*
Zev H. Antell (VSB No. 74634)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Tel: (804) 648-4848
Fax: (804) 237-0413
zev@butlercurwood.com

*Counsel for Plaintiff*