IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EVAN DENHAM, individually and
on behalf of all others similarly situated,
   Plaintiffs,

v.             Civil Action No. 3:22cv531

EIGHT ELEVEN GROUP, LLV f/k/a
TECHNICAL YOUTH, LLC,
   Defendant.

## ORDER

  This matter comes before the Court on the parties' joint motion for dismissal of the case with prejudice, pursuant to their joint settlement agreement and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 27.) Upon due consideration, the Court GRANTS the motion. The Court DISMISSES this matter with prejudice. The Court shall retain jurisdiction to enforce the terms of the settlement.

  It is so ORDERED.

  Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 8 March 2023
Richmond, VA